UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EDWIN ARLT, et al.,

        Plaintiffs,

    v.

CITY OF GALT,

        Defendant.
_____/

NO. CIV. S-05-1966 FCD/DAD

**ORDER RE: SETTLEMENT AND DISPOSITION**

    Pursuant to the representations of the plaintiff's in the above action the court has determined that this case has settled.

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before July 7, 2006. All dates set in this matter, including any pending motions, are hereby VACATED.

    **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

    IT IS SO ORDERED.

Dated: April 4, 2006

                        /s/ Frank C. Damrell Jr.
                        FRANK C. DAMRELL, JR.
                        United States District Judge